MKB:MJB
F. #2009R02096

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

HASAAN DAHER ELREDA,

           Defendant.

- - - - - - - - - - - - - - - - -X

I N F O R M A T I O N

Cr. No. 09-CR-779 (JFB)
(T. 18, U.S.C., §§ 513(a), 981(a)(1)(c) and 3551 et seq.; T. 21, U.S.C., § 853(p); T. 28, U.S.C., § 2461(c))

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ NOV 16 2009 ★
LONG ISLAND OFFICE

THE UNITED STATES ATTORNEY CHARGES:

POSSESSION OF FORGED MONEY ORDERS

    1.  On or about March 30, 2009, within the Eastern District of New York, the defendant HASAAN DAHER ELREDA did knowingly and intentionally possess forged securities of an organization, to wit: $149,000 in forged Moneygram money orders, with intent to deceive another person, organization and government.

    (Title 18, United States Code, Sections 513(a) and 3551 et seq.)

CRIMINAL FORFEITURE ALLEGATION

    2.  The United States hereby gives notice to the defendant that, upon his conviction of the above-charged offense, the government will seek forfeiture in accordance with Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), which require any person convicted of such offense to forfeit any property constituting or derived

from proceeds obtained directly or indirectly as a result of such offense, including, but not limited to, $149,000 in forged Moneygram money orders seized from the defendant on or about March 30, 2009.

      3.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

      (a)    cannot be located upon the exercise of due diligence;

      (b)    has been transferred or sold to, or deposited with, a third party;

      (c)    has been placed beyond the jurisdiction of the court;

      (d)    has been substantially diminished in value; or

      (e)    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any

3

other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(C); Title 21, United States Code, Section 853(p))

_____
BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. #2009R02096
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

Hasaan Daher Elreda,

Defendant.

# INFORMATION

(T. 18, U.S.C., § 513(a) and 3551 et seq.)

*A true bill.*

_____
*Foreman*

*Filed in open court this* _____ *day,*
*of* _____ *A.D. 20* _____

_____
*Clerk*

*Bail, $* _____

Matthew J. Bassiur, Trial Attorney, CCIPS, Criminal Division, U.S. DOJ (718.254.6454)