

**U.S. Department of Justice**

Criminal Division

---

F. #2009R02096    *Computer Crime & Intellectual Property Section*
*1301 New York Ave., Suite 600*
*Washington, D.C. 20530*
*PHONE: (202) 514-1026*
*FAX: (202) 514-6113*

July 19, 2010

The Honorable Joseph F. Bianco
United States District Court Judge
Eastern District of New York
Long Island Federal Courthouse
Central Islip, New York  11722

    Re:  United States v. Hassan Daher Elreda
         <u>Criminal Docket No. 09-779 (JFB)</u>

Dear Judge Bianco:

    The government respectfully requests that sentencing in this matter, currently scheduled for July 23, 2010 at 10:00 a.m., in Brooklyn, be adjourned to August 27 at 11:00 a.m., in Brooklyn, a date and time which your courtroom deputy has indicated is convenient for the Court.  The government apologizes for any inconvenience to the Court and the parties, but the assigned prosecutor will be out of the country on official business on July 23, a commitment made before sentencing was adjourned from July 7 to July 23 at the defense's request.  Peter Verby, Esq., defense counsel, has indicated that he is available on August 27, and he consents to the government's request for an adjournment.

                  Respectfully submitted,

                  LORETTA E. LYNCH
                  UNITED STATES ATTORNEY

        By:   <u>/S/ Evan C. Williams</u>
                  Evan C. Williams
                  Trial Attorney
                  U.S. Department of Justice
                  (202) 307-0135

cc: Peter Verby, Esq. (by facsimile)
    Senior U.S. Probation Officer Sindee J. Haasnoot (by e-mail)