

**U.S. Department of Justice**

Criminal Division

---

F. #2009R02096    *Computer Crime & Intellectual Property Section*
*1301 New York Ave., Suite 600*
*Washington, D.C. 20530*
*PHONE: (202) 514-1026*
*FAX: (202) 514-6113*

August 24, 2010

The Honorable Joseph F. Bianco
United States District Court Judge
Eastern District of New York
Long Island Federal Courthouse
Central Islip, New York  11722

    Re:  United States v. Hassan Daher Elreda
         <u>Criminal Docket No. 09-779 (JFB)</u>

Dear Judge Bianco:

    Your courtroom deputy has indicated that the Court is not available on August 27, when this matter is currently scheduled for sentencing.  Therefore the government respectfully requests that sentencing be adjourned to September 23, 2010, at 2:00 p.m., in Brooklyn, a date, time and location which is agreeable to the parties and which your courtroom deputy has indicated is convenient for the Court.

                        Respectfully submitted,

                        LORETTA E. LYNCH
                        UNITED STATES ATTORNEY

               By:   <u>/S/ Evan C. Williams</u>
                      Evan C. Williams
                      Trial Attorney
                      U.S. Department of Justice
                      (202) 307-0135

cc: Peter Verby, Esq. (by facsimile)
    Senior U.S. Probation Officer Sindee J. Haasnoot (by e-mail)