# UNITED STATES DISTRICT COURT

**EASTERN** _____ DISTRICT OF _____ **NEW YORK**

**FILED**
IN CLERK'S OFFICE
DISTRICT COURT E D N Y

★ NOV 20 2009 ★

LONG ISLAND OFFICE

UNITED STATES OF AMERICA

v.

**HASAAN DAHER ELREDA,**

**DEFENDANT.**

**WAIVER OF INDICTMENT**

CASE NUMBER: **09-CR-779(JFB)**

I, HASAAN DAHER ELREDA, the above-named defendant, who am accused of

possession of forged money orders, in violation of Title 18, United States Code, Section 513(a),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court, on November 20, 2009, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
HASAAN DAHER ELREDA

_____
Peter Verby, Esq.
Counsel for Hasaan Daher Elreda

Before _____
The Honorable Joseph F. Bianco
United States District Court Judge

COURT EXHIBIT
1